# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LEWIS GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>D. DAVEY and RUBIN RUIZ,<br><br>    Defendants. | Case No. 1:16-cv-00636-AWI-EPG (PC)<br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |

Marcus Lewis Garrett, CDCR # E-48058, a necessary and material witness in a settlement conference in this case on November 2, 2017, is confined in California State Prison, Sacramento ("SAC"), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the United States District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, November 2, 2017, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court, and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P. O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court, and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**October 4, 2017**__         /s/ _Erin P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

